UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| MARCI SEELY, an individual;<br><br>    Plaintiff,<br> v.<br><br><zow.com>, a domain name;<br><br>    Defendant. | Case No.: 1:22-cv-01072-CMH-WEF |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action. Plaintiff filed this *in rem* civil action under the Anticybersquatting Consumer Protection Act (ACPA), 15 U.S.C. § 1125(d), against the domain name <zow.com> (the "Disputed Domain") in this District. Plaintiff has settled with interested parties to this action and secured return of the Disputed Domain and therefore dismisses this case.

No answer or motion for summary judgment has been filed or served in this matter.

DATED this the 6th day of October, 2022.

    /s/ Steven Rinehart
    Steven Rinehart (VSB No. 81,738)
    *Counsel for Plaintiff*
    110 S. Regent Street, Suite 200
    Salt Lake City, UT 84111
    Telephone: (801) 456-9728
    Fax: (801) 665-1292
    Mobile: (801) 347-5173
    Email: steve@uspatentlaw.us

## CERTIFICATE OF SERVICE

  I hereby certify that on October 6, 2022 a copy of the foregoing **NOTICE OF VOLUMINARY DISMISSAL** was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                 <u>/s/ Steven Rinehart</u>
                 Steven Rinehart